IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AMEGY BANK NATIONAL ASSOCIATION fka SOUTHWEST BANK OF TEXAS, N.A., <br><br> Plaintiffs, <br><br> vs. <br><br> MISS CONY, Cayman Islands, O.N. 733932, her engines, tackle, gear and appurtenances, <u>In Rem</u>; IMIC HOLDINGS, INC., <u>In Personam</u>; and RICHARD R. FOREMAN, <u>In Personam</u>, <br><br> Defendants. <br> _____ | CV 06-00405 SOM-KSC |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 15, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; June 29, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

cc: all parties of record

AMEGY Bank National Association fka Southwest Bank of Texas, N.A. v. MISS CONY; Civ. No. 06-00405 SOM-KSC; Order Adopting Magistrate's Findings and Recommendation

2